J. F. ANDERSON LUMBER CO., A Corporation,
Respondent, v. RYAN, et al, Appellants

(289 N. W. 88.)

(File No. 8228. Opinion filed December 12, 1939.)

**Tom Donahue,** of White River, and **Sutherland & Payne,**
of Pierre, for Appellants.

**M. Q. Sharpe,** of Kennebec, for Respondent.

PER CURIAM. The appeal in the above entitled case
is ruled by the opinion this day filed in the case of Rosebud
Lumber & Coal Company, a corporation v. D. J. Ryan, James
L. Orr and James M. Srb, as Members of the Board of Coun-
ty Commissioners of Mellette County, South Dakota, 67 S.
D. 72, 289 N. W. 81.

The judgment of the trial court is reversed.

Costs will not be taxed.

POLLEY, J., absent and not sitting.

FISCHER COMPANY, A Corporation, et al, Respondents,
v: RYAN, et al, Appellants

(289 N. W. 89.)

(File No. 8229. Opinion filed December 12, 1939.)

**Tom Donahue,** of White River, and **Sutherland & Payne,**
of Pierre, for Appellants.

**M. Q. Sharpe,** of Kennebec, for Respondent.

PER CURIAM. The appeal in the above entitled case
is ruled by the opinion this day filed in the case of Rosebud
Lumber & Coal Company, a corporation v. D. J. Ryan, James
L. Orr and James M. Srb, as Members of the Board of Coun-
ty Commissioners of Mellette County, South Dakota, 67 S.
D. 72, 289 N. W. 81.

The judgment of the trial court is reversed.

Costs will not be taxed.

POLLEY, J., absent and not sitting.